AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROBERT T. DICKEY,

    Plaintiff,

            v.

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:25-cv-215

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 12, 2026, Plaintiff's motion to remand is granted.

This case is hereby remanded to the Superior Court of Effingham County, Georgia. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

March 13 2026
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020